Cite as 2017 Ark. 170

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | Opinion Delivered: May 4, 2017 |

## PER CURIAM

Kathryn Elizabeth Platt of Fayetteville and Billy R. Puterbaugh of Fordyce are appointed to the Committee on the Unauthorized Practice of Law for three-year terms to commence on June 1, 2017, and expire on May 31, 2020. The court thanks Ms. Platt and Mr. Puterbaugh for accepting appointments to this important committee.

The court expresses its gratitude to Chairman James A. Streett of Russellville and Rev. Randy Hyde of Little Rock for their service to the committee.